UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULA HORNBERGER,<br><br>Defendant. | Case No. CR15-273RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY OBLIGATION OF DEFENDANT TO PAY RESTITUTION |

This matter comes before the Court on defendant Paula Hornberger's "Motion and Declaration to Clarify Obligation of Defendant to Pay Restitution." Dkt. # 5. Having reviewed that motion and the government's response, Dkt. # 7, along with the rest of the record, the Court grants the motion as follows.

In October 2012, the U.S. District Court for the Middle District of Florida found defendant guilty of conspiracy to commit wire fraud (in violation of 18 U.S.C. § 371) and of making false statements to an FDIC-insured bank (in violation of 18 U.S.C. § 1014), and ordered her to pay $13,229,100 in restitution to various banks. Dkt. # 3-4. In July 2015, the Eleventh Circuit Court of Appeals affirmed defendant's convictions but vacated the restitution order and remanded for further proceedings. *United States v. Cavallo*, 790 F.3d 1202, 1240 (11th Cir. 2015); Dkt. # 3-5 at 56. In August 2015, probation jurisdiction was transferred to this Court. Dkt. # 1.

ORDER GRANTING DEFENDANT'S MOTION
TO CLARIFY RESTITUTION OBLIGATION - 1

1  Defendant has continued making restitution payments since her release in December
2 2013. Dkt. # 5 at 3. In May 2017, she filed this motion for clarification of her restitution
3 obligations, given that the Eleventh Circuit vacated the original restitution order and that no
4 revised restitution amount has yet been ordered on remand. Dkt. # 5. On July 18, 2017, the
5 government responded and represented that defendant's new counsel in the Middle District of
6 Florida is in the process of negotiating a revised restitution amount with the U.S. Attorney's
7 Office there, but acknowledged that no restitution order is currently in effect. Dkt. # 7.

8  In light of these developments, the Court clarifies defendant's obligations as follows:
9 because no restitution order is currently in effect, defendant is currently under no legal
10 obligation to make restitution payments. She will, however, be obligated to resume restitution
11 payments once the U.S. District Court for the Middle District of Florida enters an amended
12 restitution order. Defendant may wish to continue making voluntary restitution payments in
13 anticipation of that future obligation, but at this time she is not legally required to do so.

15  SO ORDERED this 25th day of July, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO CLARIFY RESTITUTION OBLIGATION - 2